UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHAUNTWAN BARNES,

    Plaintiff,

v.                                     Case No.  5:21-cv-5-TKW-MJF

MARK INCH, *et al.*,

    Defendants.

_____/

## **ORDER**

    Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). Plaintiff's complaint is deficient because it was not filed on the court-approved form for the Northern District of Florida. *See* N.D. Fla. Loc. R. 5.7(A) (requiring that a *pro se* complaint in a civil rights case be filed on this court's form). Plaintiff will be required to correct this deficiency in an amended complaint.

    In addition, Plaintiff neither paid the $402.00 fee for filing a civil case ($350.00 filing fee and $52.00 administrative fee), nor applied for leave to proceed *in forma pauperis*. If Plaintiff intends to proceed with this action, he must pay the $402.00 fee, or file a complete application to proceed *in forma pauperis*. *See* N.D. Fla. Loc. R. 5.3 ("A party who files or removes a civil case must simultaneously either pay any fee required under 28 U.S.C. § 1914 or move for leave to *proceed in*

*forma pauperis* under 28 U.S.C. § 1915."). A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with attachments (a printout of the transactions in Plaintiff's inmate trust account for the six-month period immediately preceding the filing of his complaint).

**If Plaintiff is granted leave to proceed *in forma pauperis*, this court will impose a lien of $350.00 on his inmate trust account**. *See* 28 U.S.C. § 1915(b). This court also will assess an initial partial filing fee, which will be equal to 20 percent of the average monthly deposits to Plaintiff's inmate account for the 6-month period preceding the filing of his complaint. 28 U.S.C. § 1915(b)(1). No further action will be taken with regard to Plaintiff's claims until the initial partial filing fee is received. Plaintiff's failure to submit the partial filing fee as instructed likely will result in dismissal of this action.

**After Plaintiff pays that initial partial filing fee, he will be required to make monthly payments of 20 percent of the preceding month's income (that is, all funds deposited into his inmate account) in each case he has filed in this court.**[1] *See* 28 U.S.C. § 1915(b)(1)-(2). The agency having custody of Plaintiff will be required to forward payments from Plaintiff's inmate account on a monthly basis

---

[1] Thus, prisoners who have filed more than one case may be required to make payments totaling 40%, 60%, 80% or even 100% of their monthly deposits.

to the clerk of this court each time the amount in his account exceeds $10.00. These payments will continue until the filing fee of $350.00 is paid in full in each case.

Accordingly, it is **ORDERED**:

1. The clerk of the court shall send Plaintiff a § 1983 complaint form for use by prisoners, and a form application to proceed *in forma pauperis*. This case number shall be written on the forms.

2. **On or before FEBRUARY 10, 2021**, Plaintiff shall:

   a. file a notice of voluntary dismissal; **OR**

   b. file an amended complaint on the Northern District form accompanied by either payment in the amount of $402.00, or a complete application to proceed *in forma pauperis*.

3. Plaintiff's failure to comply timely with this order likely will result in dismissal of this case for failure to prosecute, failure to comply with an order of this court, and failure to pay the filing fee.

**SO ORDERED** this 11th day of January, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**