UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHAUNTWAN BARNES,

    Plaintiff,

v.                                        Case No.  5:21-cv-5-TKW-MJF

MARK INCH, *et al.*,

    Defendants.
_____/

## SHOW CAUSE ORDER

On January 11, 2021, this court ordered Plaintiff to file the following within thirty days: (1) an amended civil rights complaint on the court-approved form, and (2) the $402.00 filing fee, or a complete application to proceed *in forma pauperis*. (Doc. 3). On February 12, 2021, the court extended Plaintiff's deadline to March 12, 2021. (Doc. 6). Plaintiff has filed a motion to proceed *in forma pauperis* (Docs. 4, 7), but has not complied with the remaining requirement of the order.

Accordingly, it is **ORDERED**: Within **FOURTEEN (14) DAYS** from the date of this order, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute and failure to comply with this court's order.

**SO ORDERED** this 17th day of March, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**